UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:05-CR-103 |
| vs. ) | |
| ) | JUDGE EDGAR |
| PHILIP ALLEN DRISCOLL ) | MAGISTRATE JUDGE CARTER |
| DONNA LYNNE DRISCOLL and ) | |
| ANNIE CHRISTINE MCDONALD ) | |
| BLANKENSHIP ) | |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, the arraignment of the defendants PHILIP ALLEN DRISCOLL, DONNA LYNNE DRISCOLL and ANNIE CHRISTINE MCDONALD BLANKENSHIP on the indictment returned by the Grand Jury was held before the undersigned on August 31, 2005.

Those present for the hearing included:

(1) U.S. Attorney William Mackie for the USA.
(2) Defendant PHILIP ALLEN DRISCOLL.
(3) Attorneys Thomas Dillard and Wade Davies for defendant Philip Allen Driscoll.
(4) Defendant DONNA LYNNE DRISCOLL.
(5) Attorney David Eldridge for Defendant Donna Lynne Driscoll.
(6) Defendant ANNIE CHRISTINE MCDONALD BLANKENSHIP.
(7) Attorney Douglas Trant for defendant Blankenship.
(8) Deputy Clerk Russell Eslinger.
(9) Court Reporter Shannan Andrews.

After being sworn in due form of law, the defendants were informed or reminded of their privilege against self-incrimination accorded them under the 5th Amendment to the United States Constitution.

Each of the defendants acknowledged having been provided with a copy of the indictment and having the opportunity of reviewing the indictment with their respective attorneys. Each of the defendants waived a formal reading in open court of the indictment and entered a plea of not guilty to each count of the indictment.

Presently, the cases are assigned the dates set forth in a separate Discovery and Scheduling

Order filed with this Court.

    ENTER.

                                                   *s/Susan K. Lee*
                                                   SUSAN K. LEE
                                                   UNITED STATES MAGISTRATE JUDGE