UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:05-CR-103 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| PHILIP ALLEN DRISCOLL, *et al.* ) | |

# **O R D E R**

In accordance with the accompanying memorandum, the Court **GRANTS IN PART** and **DENIES IN PART** Defendants' motion to dismiss (Court File No. 38) as follows:

(1) the Court **GRANTS** Defendants' motion to dismiss and hereby **DISMISSES** the charges alleged in Count Two of the Indictment (Court File No. 19) against Donna Driscoll and Annie Blankenship based on the statute of limitations; and

(2) the Court **DENIES** Defendants' motion to dismiss the charges alleged in Count Two of the Indictment (Court File No. 19) against Philip Driscoll.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**