UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:05-CR-103 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| PHILIP ALLEN DRISCOLL, *et al.* | ) | |

## O R D E R

In accordance with the accompanying memorandum, the Court hereby **ORDERS** as follows:

(1) Defendants Philip Driscoll and Donna Driscoll's motion in limine (Court File No. 70) is **DENIED** and Annie Blankenship's three-page statement is **EXCLUDED FROM EVIDENCE**; and

(2) The Government's motion in limine (Court File No. 72) is **GRANTED** and any expert testimony regarding the alleged uncertainty in 26 U.S.C. § 107 is **EXCLUDED FROM EVIDENCE**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**