UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 1:05-CR-103 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| PHILIP DRISCOLL | ) | |
| | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, the Court hereby **DENIES** Defendant Philip Driscoll's Motion For New Trial (Court File No. 118).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**